IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SUSANNE D JOHNSON,

    Plaintiff,

v.                                                     CASE NO. 5:12-cv-00222-MP-CJK

MICHAEL J ASTRUE, CAROLYN W COLVIN,

    Defendants.

_____/

## **O R D E R**

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 23, 2014. (Doc. 19). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has done so, at Doc. 20. I have made a <u>de novo</u> determination of these timely filed objections.

    Having considered the Report and Recommendation, and the objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    The decision of the Commissioner, denying benefits, is affirmed.

    **DONE AND ORDERED** this <u> 28th </u> day of March, 2014

                                                *s/Maurice M. Paul*

                                                Maurice M. Paul, Senior District Judge